FILED
SCRANTON
JUN 0 2 2015
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 3:15-CR-108 |
| : | |
| v. : | (     , J.) |
| : | |
| DARIAN TENSLEY, : | |
| : | |
| Defendant. : | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about August 14, 2013, in the at the Federal Correctional Institution, at Schuylkill, in the Middle District of Pennsylvania, the defendant,

### DARIAN TENSLEY,

did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with J.S., a corrections officer employed by the United States Bureau of Prisons while he was engaged in the performance of his official duties, with such acts of the Defendant involving physical contact and bodily injury to the corrections officer

victim.

In violation of Title 18, United States Code, Sections 111(a) and (b).

A TRUE BILL



PETER J. SMITH by r-d
United States Attorney
Middle District of Pennsylvania

Date: ~~May 26, 2015~~
June 2 2015 sv