UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:CR-15-108 |
| | ) | |
| v. | ) | |
| | ) | (JUDGE CAPUTO) |
| DARIAN TENSLEY, | ) | |
| Defendant. | ) | (ELECTRONICALLY FILED) |

BRIEF OF UNITED STATES IN OPPOSITION
TO DEFENDANT'S PRO SE MOTIONS

AND NOW, comes the United States of America, by and through PETER J. SMITH, UNITED STATES ATTORNEY, and Todd K. Hinkley, Assistant U.S. Attorney, and states:

I.   PROCEDURAL HISTORY

On June 2, 2015, a Federal Grand Jury sitting in Scranton, Pennsylvania returned an indictment charging Darian Tensley with assaulting a corrections officer in violation of Title 18, United States Code, Sections 11(a) and (b).

The defendant is represented by counsel, Ingrid Cronin, Esquire, who was appointed to represent Tensley by this Honorable Court. Despite being represented by counsel, the defendant has filed pro se motions to dismiss the indictment on November 30, 2015.

The Government argues that the pro se motions should be denied summarily, and does not intend to file answers or briefs in opposition thereto.

II.   ARGUMENT

The Court is not required to review or address motions filed pro se by a represented person.  *United States v. Vampire Nation*, 451 F.3d 189 at 206 (3d Cir. 2006).  The Government does not intend to file answers or briefs in opposition to the pro se motion filed by the defendant, who is represented by competent counsel.  The Government requests this Honorable Court to summarily deny the pro se motion, as spurious.

III.   CONCLUSION

For the above stated reasons, the United States requests this Court to deny the defendant's *pro se* Motion To Dismiss Indictment.

Respectfully submitted,

PETER J. SMITH
United States Attorney


  s/    Todd K. Hinkley
TODD K. HINKLEY
Assistant U.S. Attorney
235 North Washington Ave.
Scranton, Pennsylvania 18501
todd.hinkley@usdoj.gov
PA ID No. 68881
Telephone 570-348-2800

CERTIFICATE OF SERVICE

      In accordance with Local Rule 7.2, I hereby certify that I served the foregoing Brief on the defendants by causing a true copy to be transmitted to counsel of record by electronic filing.

Respectfully submitted,

PETER J. SMITH
United States Attorney

By:   /s/ Todd K. Hinkley
TODD K. HINKLEY
Assistant U.S. Attorney
235 North Washington Ave.
Scranton, Pennsylvania 18501
Phone: 570-348-2800
todd.hinkley@usdoj.gov
PA 68881