

**U.S. Department of Justice**
Federal Bureau of Prisons

---

FCI Schuylkill, Minersville, PA

August 14, 2013

MEMORANDUM TO FILE

FROM:     Thomas M. Chmely, Lieutenant

SUBJECT:  Inmate Assault on Staff.
          TENSLEY, DARIAN RENARD, Register No. 41138-018 (3A)

At approximately 6:37 AM on Wednesday, August 14, 2013, during the morning meal, inmate TENSLEY, DARIAN RENARD, Register No. 41138-018 (3A) assaulted Central Tool Room Officer Seidel with a closed fist during a routine pat search, striking Officer Seidel in the mouth. Staff called for assistance. Responding staff utilized an immediate use of force and inmate Tensley was taken to the floor and placed in hand restraints before being escorted to the SHU.

The following staff members were involved in the immediate use of force: J. Bond, Lieutenant; J. Seidel, CTR Officer; T. Pappas, Senior Officer; S. Mroczka, Correctional Officer; T. Myricks, Food Service Foreman; R. Kranzel, Inmate Systems; J. Tomlinson, SIS Technician (photographs and interviews) and M. Lingenfelter, Physicians Assistant (medical assessments).

Inmate Tensley, Darian Renard, Register No. 41138-018 (3A), was escorted to the Special Housing Unit where he was interviewed and photographed before being medically assessed by PA Lingenfelter.

The Immediate Use of Force participants were video debriefed and inmate Tensley was video medically assessed.

TENSLEY, DARIAN RENARD, Register No. 41138-018 (3A) was interviewed by SIS Technician Tomlinson but refused to make a statement when questioned about the incident.

Inmate Tensley Medical Assessment: "A minor abrasion on right lower leg."

Staff Medical Assessment: Jim Seidel, Tool Room Officer. "Suffered contusion to upper and lower lips/swelling, small laceration, interior lower lip; small laceration left elbow, contusion left hand base of ring finger." Officer Seidel was instructed to follow-up with the local hospital.

Notifications were made.

8-14-13
T

Inmate Assault on Staff.
TENSLEY, DARIAN RENARD, Register No. 41138-018 (3A)
Page 1 of 2

**Exhibit "A"**