


# FEDERAL CORRECTIONAL INSTITUTION
## FCI SCHUYLKILL, PENNSYLVANIA
### EVIDENCE PHOTOGRAPH(s)



| Photo of : | Staff Injuries |
|---|---|
| Date and Time of Incident: | 8-14-2013 / 6:36 a.m. |
| Staff Name | J. Siedel, S.O.S. |
| Location: | SIS Office |
| Photograph (s) By: | J. Tomlinson, SIS Tech |
| Date and Time: | 8-14-2013 / 6:40 a.m. |

**Comments :** Officer Siedel was assaulted by being punched by inmate Tensley, Darian, Reg. No. 41138-018, during a pat search of the inmate.

Exhibit "B"