# Notice of Appeal to
# United States Court of Appeals for the Third Circuit

U.S. District Court – Middle District of Pennsylvania (Scranton)

| | |
|---|---|
| FULL CAPTION IN DISTRICT COURT: | Circuit Court Docket No. _____ |
| UNITED STATES OF AMERICA | District Court Docket No. 3:15-CR-108 |
| v. | District Court Judge: James M. Munley |
| DARIAN TENSLEY | |

Notice is hereby given that _____Darian Tensley_____ appeals to the United States Court of Appeals for the Third Circuit from [ X ] Judgment; [ ] Order; [ ] Other (Specify) _____ entered in this action on __06/15/2016__.

DATED: 07/06/2016

*/s/ Ronald A. Krauss, Esquire*      Todd K. Hinkley, Esquire
(Counsel for Appellant)               (Counsel for Appellee)

Attorney ID# PA47938                  United States Attorney's Office
Federal Public Defender's Office      U.S Courthouse, Suite 311
100 Chestnut Street, Suite 306        Scranton, PA 18501
Harrisburg, PA  17101                 Tel. No. 570-348-2800
Tel. No. 717-782-2237                 Fax No. 570-348-2037
Fax No. 717-782-3881                  *todd.hinkley@usdoj.gov*
*ronald_krauss@fd.org*                *Counsel for Appellee*
*Counsel for Appellant*
*Darian Tensley*

## **CERTIFICATE OF SERVICE**

I, Ronald A. Krauss, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the **NOTICE OF APPEAL** via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

Todd K. Hinkley, Esquire
United States Attorney's Office
U.S Courthouse, Suite 311
Scranton, PA 18501
*todd.hinkley@usdoj.gov*

Darian Tensley
FTC Oklahoma City
Federal Transfer Center
P.O. Box 988801
Oklahoma City, OK 73189

Date: 7/6/2016   */s/ Ronald A. Krauss, Esquire*
(Counsel for Appellant)

Attorney ID# PA47938
Federal Public Defender's Office
100 Chestnut Street, Suite 306
Harrisburg, PA  17101
Tel. No. 717-782-2237
Fax No. 717-782-3881
*ronald_krauss@fd.org*
*Counsel for Appellant*
*Darian Tensley*